**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| **ALUTIIQ INTERNATIONAL SOLUTIONS, LLC**<br><br>    Plaintiff,<br><br>    v.<br><br>**MANNING CONSTRUCTION, INC.,** *et al.*<br><br>    Defendants. | **Case No.: 3:14-cv-00212-JRS** |

### JOINT STATUS REPORT

Plaintiff Alutiiq International Solution, LLC ("Alutiiq") and Respondent Manning Construction, Inc. ("Manning"), by and through their respective counsel, respectfully submit this Joint Status Report and state as follows:

1. Alutiiq and Manning are currently scheduled to hold mediation on February 27, 2015 before Mediator Richard Smith, Esq. at the law offices of Smith Pachter McWhorton PLC in Tysons Corner, Virginia.

Dated: January 30, 2015                                         Respectfully Submitted,

| | |
|---|---|
| /s/ Michael C. Zisa | /s/ Derrick E. Rosser |
| Michael C. Zisa, Esq.<br>Anthony J. LaPlaca, Esq.<br>PECKAR & ABRAMSON, P.C.<br>2055 L Street, NW, Suite 750<br>Washington, D.C. 20036<br>Tel.: (202)-293-8815<br>Fax: (202)-293-7994<br>E-mail: mzisa@pecklaw.com<br>            alaplaca@pecklaw.com<br>*Counsel for Plaintiff Alutiiq International Solutions, LLC* | Derrick E. Rosser, Esq.<br>211-A English Street<br>Ashland, Virginia 23005<br>Tel.: (804)-798-3232<br>E-mail: derrickerosser@verizon.net<br>*Counsel for Defendant Manning Construction, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2015, a true and correct copy of the foregoing Joint Status Report was electronically filed using the courts CM/ECF system and electronic notice of the same was sent to

>Derrick E. Rosser, Esq.
>211-A English Street
>Ashland, Virginia 23005
>derrickerosser@verizon.net
>***Counsel for Defendant Manning Construction, Inc.***

>                /s/ Michael C. Zisa
>Michael C. Zisa